ORIGINAL

1  SCOTTLYNN J HUBBARD IV, SBN 212970
   LYNN HUBBARD, III, SBN 69773
2  DISABLED ADVOCACY GROUP, APLC
   12 Williamsburg Lane
3  Chico, CA 95926
   Telephone: (530) 895-3252
4  Fax: (530) 894-8244

5  Attorneys for Plaintiff

FILED
06 SEP 25 PM 2:59

DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

LYNN J HUBBARD and BARBARA J HUBBARD,

    Plaintiffs,

v.

THE CHECK CASHING PLACE, INC. dba THE CHECK CASHING PLACE; IMPERIAL BEACH PROMENADE, LLC,

    Defendants.

Case No. 06cv1245 (JM)(POR)

**STIPULATION FOR DISMISSAL and [~~~~~~~~] ORDER THEREON**



Stipulation for Dismissal and [~~~~] Order Thereon
- 1 -

Hubbard v. The Check Cashing Place, et al.
Case No. 06cv1245 JM (POR)

1     IT IS HEREBY STIPULATED, pursuant to a settlement and release agreement
2 between plaintiffs, LYNN J HUBBARD and BARBARA J HUBBARD, and defendants THE
3 CHECK CASHING PLACE, INC. dba THE CHECK CASHING PLACE and IMPERIAL
4 BEACH PROMENADE, LLC, that this Court enter a dismissal with prejudice of plaintiff's
5 complaint in the above-entitled action pursuant to Fed. R. Civ. P. 41, with each party to
6 bear their own attorney's fees and costs.

7     The dismissal with prejudice shall dismiss the action in its entirety.

8     The Magistrate Judge shall retain jurisdiction over all disputes among the parties
9 arising out of the Settlement Agreement, including but not limited to interpretation and
10 enforcement of the terms of the Settlement Agreement.

12 Dated: 9-19, 2006      DISABLED ADVOCACY GROUP, APLC

14                                    SCOTT LYNN J HUBBARD, IV
15                                    Attorney for Plaintiff

16 Dated: _____, 2006      LAW OFFICES OF JEFFERI J HAMILTON

18                                    KENNETH RUTAN
19                                    Attorney for Defendant The Check Cashing Place, Inc.
                                   dba The Check Cashing Place

21 Dated: _____, 2006      SHEWRY AND VAN DYKE, LLP

23                                    STEVEN SHEWRY
                                   Attorney for Defendant Imperial Beach Promenade, LLC

1  IT IS HEREBY STIPULATED, pursuant to a settlement and release agreement
2  between plaintiffs, LYNN J HUBBARD and BARBARA J HUBBARD, and defendants THE
3  CHECK CASHING PLACE, INC. dba THE CHECK CASHING PLACE and IMPERIAL
4  BEACH PROMENADE, LLC, that this Court enter a dismissal with prejudice of plaintiff's
5  complaint in the above-entitled action pursuant to Fed. R. Civ. P. 41, with each party to
6  bear their own attorney's fees and costs.
7  The dismissal with prejudice shall dismiss the action in its entirety.
8  The Magistrate Judge shall retain jurisdiction over all disputes among the parties
9  arising out of the Settlement Agreement, including but not limited to interpretation and
10  enforcement of the terms of the Settlement Agreement.

12  Dated: _____, 2006     DISABLED ADVOCACY GROUP, APLC

14                            _____
                              SCOTTLYNN J HUBBARD, IV
15                            Attorney for Plaintiff

16  Dated: 9/18, 2006        LAW OFFICES OF JEFFERI J HAMILTON

                              _____
18                            KENNETH RUTAN
                              Attorney for Defendant The Check Cashing Place, Inc.
19                            dba The Check Cashing Place

21  Dated: _____, 2006     SHEWRY AND VAN DYKE, LLP

                              _____
23                            STEVEN SHEWRY
                              Attorney for Defendant Imperial Beach Promenade,
24                            LLC

IT IS HEREBY STIPULATED, pursuant to a settlement and release agreement between plaintiffs, LYNN J HUBBARD and BARBARA J HUBBARD, and defendants THE CHECK CASHING PLACE, INC. dba THE CHECK CASHING PLACE and IMPERIAL BEACH PROMENADE, LLC, that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action pursuant to Fed. R. Civ. P. 41, with each party to bear their own attorney's fees and costs.

The dismissal with prejudice shall dismiss the action in its entirety.

The Magistrate Judge shall retain jurisdiction over all disputes among the parties arising out of the Settlement Agreement, including but not limited to interpretation and enforcement of the terms of the Settlement Agreement.

Dated: _____, 2006       DISABLED ADVOCACY GROUP, APLC

_____
SCOTTLYNN J HUBBARD, IV
Attorney for Plaintiff

Dated: _____, 2006       LAW OFFICES OF JEFFERI J HAMILTON

_____
KENNETH RUTAN
Attorney for Defendant The Check Cashing Place, Inc. dba The Check Cashing Place

Dated: 9/19, 2006       SHEWRY AND VAN DYKE, LLP

_____
STEVEN SHEWRY
Attorney for Defendant Imperial Beach Promenade, LLC

| | |
|---|---|
| 1 | ORDER ON STIPULATION FOR DISMISSAL |
| 2 | Having read the foregoing Stipulation, and good cause appearing therefore, the |
| 3 | Court GRANTS the Stipulation and dismisses the above-captioned action with prejudice. |
| 4 | The Magistrate Judge shall retain jurisdiction over all disputes among the parties |
| 5 | arising out of the Settlement Agreement, including but not limited to interpretation and |
| 6 | enforcement of the terms of the Settlement Agreement. |
| 7 | IT IS SO ORDERED. |
| 8 | |
| 9 | Date: 9/22/06        _____ |
| 10 |                              Judge of the District Court |